IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-1890-AP

ADAM K. SUTHERLAND,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Katherine E. McClure, Esq. | JOHN F. WALSH |
| Benjamin T. Kennedy, Esq. | United States Attorney |
| Sawaya, Rose, Kaplan, & McClure, P.C. | District of Colorado |
| 1600 Odgen Street | |
| Denver, CO 80218 | J. BENEDICT GARCÍA |
| Telephone (303) 551-7701 | Assistant United States Attorney |
| kmcclure@sawayalaw.com | J.B.Garcia@usdoj.gov |
| bkennedy@sawayalaw.com | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone (303) 844-1571 |
| | david.blower@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

  **A.**  **Date Complaint Was Filed:** July 20, 2012

  **B.**  **Date Complaint Was Served on U.S. Attorney's Office:** July 23, 2012

  **C.**  **Date Answer and Administrative Record Were Filed:** September 21, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

  There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.     Plaintiffs Opening Brief Due:** November 19, 2012

**B.     Defendant's Response Brief Due:** December 19, 2012

**C.     Plaintiffs Reply Brief (If Any) Due:** January 3, 2013

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiffs Statement:**  Plaintiff does not request oral argument.

**B.     Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of October, 2012.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Benjamin T. Kennedy<br>Katherine McClure<br>Benjamin T. Kennedy<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Odgen Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>kmcclure@sawayalaw.com<br>bkennedy@sawayalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>J.B.Garcia@usdoj.gov<br><br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |